UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:  ASHLEY CHANEL CASH
       SARA ELIZABETH CASH
DEBTOR                                           CASE NO: 18-91787-BHL-13

## NOTICE OF REASSIGNED MEETING OF CREDITORS

The undersigned hereby gives notice that a meeting of creditors has been reassigned for January 17, 2019 at 9:30 a.m. at 121 W. Spring St., Room 115 Federal Building, New Albany, IN 47150.  The Debtor(s) shall appear in person at that time and place for the purpose of being examined.  In the event that Debtor(s) shall fail to appear, there shall be no second reassignment of this meeting; the Trustee shall forthwith file his Motion to Dismiss the Chapter 13 case.

Dated: December 28, 2018

    /s/ Joseph M. Black, Jr
Joseph M. Black, Jr.
Chapter 13 Standing Trustee
PO Box 846
Seymour, IN  47274
Phone: (812) 524-7211
Fax:    (812) 523-8838
Email:  jblacktrustee@trustee13.com

### CERTIFICATE OF SERVICE

I hereby certify that on December 28, 2018, a copy of the NOTICE OF REASSIGNED MEETING OF CREDITORS was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

LLOYD KOEHLER        lloydkoehler@hotmail.com
U.S. Trustee                ustpregion10.in.ecf@usdoj.gov

I further certify that on December 28, 2018, a copy of the NOTICE OF REASSIGNED MEETING OF CREDITORS was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

ASHLEY CHANEL CASH
2205 SHADOWBROOK LN
JEFFERSONVILLE  IN  47130-

SARA ELIZABETH CASH
2205 SHADOWBROOK LN
JEFFERSONVILLE  IN  47130-

  /s/ Joseph M. Black, Jr._____
Joseph M. Black, Jr., Trustee